**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | |
| Plaintiff, | |
| v. | Civil Action No. 20-cv-18140-JMV-JBC |
| **HACKENSACK MERIDIAN HEALTH, INC.,** | |
| and | |
| **ENGLEWOOD HEALTHCARE FOUNDATION,** | |
| Defendants. | |

**JOINT MOTION TO OPEN DISCOVERY**

Plaintiff Federal Trade Commission (the "Commission") and Defendants Hackensack Meridian Health, Inc. and Englewood Healthcare Foundation (together, "Defendants") respectfully move this Court for an Order opening discovery in this matter now, subject to the limitation that no discovery request shall issue providing for a return date earlier than January 8, 2021.

During a joint status conference with the Court on December 7, 2020, the Court directed the Commission and Defendants to meet and confer to develop a proposed case management and scheduling order ("CMSO"). The Court further indicated that if it appeared that the parties would not be able to quickly reach an agreement on the terms of the proposed CMSO, the parties could move to open discovery while their negotiations continued.

The parties continue to confer on outstanding issues but believe that resolution of (or reaching impasse on) these issues is likely to require additional time.  As a result, the parties agree there is good cause to open discovery now so that the parties can begin serving discovery requests without further delay.

In accordance with Local Civil Rule 37.1, counsel for the Commission discussed this motion with counsel for Defendants, and all parties agreed to move this Court jointly.

A proposed Order is attached as an exhibit to this Motion.

Dated: December 21, 2020                                   Respectfully Submitted,

/s/ Jonathan Lasken                                       /s/ Paul Saint-Antoine
Jonathan Lasken                                           Paul Saint-Antoine
Emily Bowne                                               Kenneth M. Vorrasi
Lindsey Bohl                                              Daniel J. Delaney
Nathan Brenner                                            Lee Roach
Christopher Caputo                                        Jonathan H. Todt
Samantha Gordon                                           Alison M. Agnew
Nandu Machiraju                                           John S. Yi
Harris Rothman                                            Faegre Drinker Biddle & Reath LLP
Anthony Saunders                                          1500 K Street NW, Suite 1100
Cathleen Williams                                         Washington, DC 20005
Federal Trade Commission                                  Telephone: (202) 842-8800
Bureau of Competition                                     paul.saint-antoine@faegredrinker.com
600 Pennsylvania Avenue, NW
Washington, DC 20580                                      *Attorneys for Defendant Hackensack Meridian*
Telephone: (202) 326-2604                                 *Health, Inc.*
jlasken@ftc.gov

*Attorneys for Plaintiff Federal Trade*                   /s/ Christopher Porrino
*Commission*                                              Christopher Porrino
                                                          Lowenstein Sandler LLP
                                                          1251 Avenue of the Americas
                                                          New York, NY 10020
                                                          Telephone: (212) 262-6700
                                                          cporrino@lowenstein.com

                                                          *Attorney for Defendant Englewood Healthcare*
                                                          *Foundation*

2