# EXHIBIT 3

**HSS**

Learn more about how we keep you safe during the pandemic.

# Hospital for Special Surgery Opens New Location in Paramus, New Jersey

New York, NY—*November 17, 2014*

Patients from 105 countries and all 50 states come to Hospital for Special Surgery (HSS) for what many believe to be the world's finest orthopedic care, and now HSS is coming to New Jersey.The highly-rated New York City specialty hospital for orthopedics and rheumatology celebrated the grand opening of Hospital for Special Surgery Paramus Outpatient Center, at 140 East Ridgewood Avenue, with a ribbon-cutting on November 17.



From left to right are: Dr. David Wang, Dr. Anil Ranawat, Patrick Fanning (the center's first patient) Lou Shapiro, President and CEO, and Dr. Gregory DeFelice

The new 8,000 square-foot office, which took six months to complete, features eight exam rooms and two x-ray suites. Conveniently located near Route 17 and the Garden State Parkway, the office will offer medical diagnosis, pre-and post-operative care, non-surgical injury management and other services.

"Expanding our patient-centered care and services in the New Jersey market is an important part of the hospital's growth strategy," said Louis A. Shapiro, president

and CEO of Hospital for Special Surgery. "New Jersey residents will be able to receive the same high level of care we offer in Manhattan, closer to where they live."

The hospital's goal is to bring more services to the New Jersey community to make access to care as convenient as possible, according to Mr. Shapiro. If surgery is needed, it will be performed at the main hospital in Manhattan.

Located on the Upper East Side, HSS already attracts a large patient population from northern New Jersey. Recognized for excellence in orthopedic and rheumatology care, HSS is building on its reputation to serve more N.J. patients who prefer to see doctors closer to home.

Hospital for Special Surgery is consistently ranked No. 1 in orthopedics and No. 3 in rheumatology by *U.S. News and World Report* in its annual "Best Hospitals" survey. Many sports enthusiasts know HSS as the official hospital for the New York Mets, the New York Giants, the Knicks and other professional teams.

The doctors affiliated with Hospital for Special Surgery are highly specialized. Nine HSS physicians will be available to see patients at the Paramus Outpatient Center. Specialties include orthopedic foot and ankle, pain management, pediatric orthopedics and scoliosis, primary care (nonsurgical) sports medicine, sports medicine and shoulder surgery, and rheumatology.

"I'm excited to have the opportunity to see patients in their local community," said David Wang, MD, a primary care physician specializing in nonsurgical sports medicine at HSS. Dr. Wang, who lives in Bergen County, said he is also looking forward to community events in which he will be able to share his knowledge of sports medicine topics of interest.

"I think the biggest benefit will be the convenience factor. Patients can now get the same outstanding care they've been receiving in Manhattan right in their own backyard," said Anil Ranawat, M.D, an orthopedic surgeon specializing in sports medicine. Dr. Ranawat, who lives in Bergen County and grew up there, will now see patients in Paramus and in New York City.

The Paramus office is the hospital's first New Jersey location. HSS also has offices on Long Island, in Queens, and in Greenwich, Connecticut. More information about the HSS Paramus Outpatient Center is available at: www.hss.edu/paramus.

**HSS Paramus Outpatient Center Doctors and Specialties**

Foot and Ankle
Andrew J. Elliott, MD

Pediatric Orthopedics
Roger F. Widmann, MD

Scoliosis
Alexander P. Hughes, MD
Bernard A. Rawlins, MD

Sports Medicine & Shoulder
Anil S. Ranawat, MD
Gregory S. DiFelice, MD

Pain Management
Semih Gungor, MD

Primary Care Sports Medicine
David A. Wang, MD

Rheumatology
Joseph A. Markenson, MD



### About Hospital for Special Surgery Paramus Outpatient Center

Hospital for Special Surgery Paramus Outpatient Center is located at 140 East Ridgewood Avenue, suite Paramus, Suite 175S. Telephone: 201-599-8000. Nine highly-specialized doctors practice in the Paramus office. Specialties include foot and ankle, pain management, pediatric orthopedics and scoliosis, primary care sports medicine, sports medicine and shoulder surgery, and rheumatology. For more information, visit www.hss.edu/paramus.

### About HSS | Hospital for Special Surgery

HSS is the world's leading academic medical center focused on musculoskeletal health. At its core is Hospital for Special Surgery, nationally ranked No. 1 in orthopedics for 11 years in a row and No. 4 in rheumatology by U.S.News & World Report (2020-2021). Founded in 1863, the Hospital has one of the lowest infection rates in the country and was the first in New York State to receive Magnet Recognition for Excellence in Nursing Service from the American Nurses Credentialing Center four consecutive times. The global standard total knee replacement was developed at HSS in 1969. An affiliate of Weill Cornell Medical College, HSS has a main campus in New York City and facilities in New Jersey, Connecticut and in the Long Island and Westchester County regions of New York State. In addition, HSS opened a new facility in Florida in early 2020. In 2019, HSS provided care to 151,000 patients and performed more than 35,000 surgical procedures, and people from all 50 U.S. states and 89 countries travelled to receive care at HSS. In addition to patient care, HSS leads the field in research, innovation and education. The HSS Research Institute comprises 20 translational research laboratories, 33 scientists, 10 clinician-scientists, 55 clinical investigators and 245 scientific support staff that drive the HSS research enterprise in the musculoskeletal

"ecosystem," neurology, pain management and rheumatic diseases. The HSS Innovation Institute was formed in 2016 to realize the potential of new drugs, therapeutics and devices. The HSS Education Institute is the world's leading provider of education on musculoskeletal health, with its online learning platform offering more than 300 courses to more than 30,000 medical professional members worldwide. Through HSS Global Ventures, the institution is collaborating with medical centers and other organizations to advance the quality and value of musculoskeletal care and to make world-class HSS care more widely accessible nationally and internationally.