# EXHIBIT 6

August 15, 2018

# HSS and Ivy Rehab to Create Physical Therapy Centers of Excellence Nationwide

Hospital for Special Surgery (HSS), top-ranked in the nation for orthopedics for the past nine years, has partnered with Ivy Rehab to collaborate on a new class of **physical therapy facilities < https://www.hss.edu/orthopedic-physical-therapy-center.asp>** in select markets across the country. HSS is making a strategic investment of expertise by providing extensive clinical training to clinic directors at each "Ivy Rehab HSS Physical Therapy Center of Excellence" (CoE). These brand-new facilities feature a wide range of equipment and services. Access to care is available with or without a physician's prescription, usually within 24 hours.

"This type of partnership is truly unique in the physical therapy industry," said Michael Rucker, Chief Executive Officer at Ivy Rehab. "Ivy Rehab clinics are known for demonstrating an unyielding commitment to clinical excellence and creating an exceptional patient experience. By drawing upon the expertise and clinical resources of HSS, we believe that we can further channel the passion and commitment of our teams in providing a truly world-class patient experience at our Centers of Excellence."

"This partnership will help HSS to make better quality of care more accessible to more people, closer to where they live, work and play," said

**Louis A. Shapiro**, president and chief executive at HSS.

Each Ivy Rehab HSS Center of Physical Therapy Excellence will be owned, staffed, and managed by Ivy Rehab with enhanced clinical training provided by Hospital for Special Surgery. "As a clinical advisory partner to Ivy Rehab, we have provided our world-renowned clinical training and professional education offerings to Paul Palestis, the Clinic Director at the Englewood Center of Excellence," said **JeMe Cioppa-Mosca**, Senior Vice President of HSS Rehabilitation. "All of the Physical Therapy Centers of Excellence that we co-develop with Ivy Rehab will be held to rigorous standards of continued education, patient outcomes, and patient satisfaction."

Following six months of preparation and construction, the first Ivy Rehab HSS Physical Therapy Center of Excellence is set to open in Englewood, NJ, at 15 Nathaniel Place on August 15.

"This is the first of several Centers of Excellence that Ivy Rehab will open in collaboration with HSS in select markets around the U.S.," said Erin Kenney, VP of Integrations at Ivy Rehab. "We are incredibly proud to work with HSS to offer patients an exceptional experience that sets Ivy apart as an industry leader in the outpatient rehabilitation space."

**About Ivy Rehab**

Founded in 2003, Ivy Rehab is a rapidly growing network of over 125 best-in-class outpatient physical and occupational therapy clinics located in 10 states within the Northeast (CT, NJ, NY, PA), the Midwest (IL, IN, MI), and the Southeast (NC, SC, VA). The Ivy Rehab Network consists of multiple brands that are dedicated to providing exceptional care and personalized treatment to get patients feeling better, faster. With backing from leading middle-market private equity firm Waud Capital Partners,

Case 2:20-cv-18140-JMV-JBC Document 78-7 Filed 02/19/21 Page 4 of 4 PageID: 1119

Ivy Rehab will continue to grow and further expand its U.S. footprint. To learn more about Ivy Rehab, please visit **www.ivyrehab.com < http://www.ivyrehab.com>** .