# EXHIBIT 8



How You Move

5,480 views • Jul 1, 2020

Hospital for Special Surgery
33.3K subscribers

How you move is how you are. Now more than ever. Here's to moving forward. Learn more: