

Bureau of Competition
Mergers IV Division

UNITED STATES OF AMERICA
**FEDERAL TRADE COMMISSION**
WASHINGTON, D.C. 20580

March 5, 2021

<u>By ECF</u>

The Honorable James B. Clark III
United States Magistrate Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: *Federal Trade Commission v. Hackensack Meridian Health, Inc. and Englewood Healthcare Foundation*, No. 2:20-cv-18140

Dear Judge Clark:

     The Court's February 24, 2021 Order, Dkt. 87, ¶ 2, directs the parties to file a joint letter on the issues related to the production of text messages raised at the telephone conference that day.  We write to inform you that the parties have resolved their disagreements related to the production of text messages.  There are no disputes remaining to present to the Court on this subject.

                        \*       \*       \*       \*       \*

Dated:  March 5, 2021                                    Respectfully Submitted,

*s/Jonathan Lasken*                                         *s/Paul H. Saint-Antoine*
Jonathan Lasken                                              Paul H. Saint-Antoine (Bar No. 04144-1989)
Emily Bowne                                                   John S. Yi (Bar No. 11997-2014)
Lindsey Bohl                                                    FAEGRE DRINKER BIDDLE & REATH
Elizabeth Arens                                                LLP
Nathan Brenner                                                600 Campus Drive
Christopher Caputo                                         Florham Park, NJ  07932
Samantha Gordon                                            Telephone:       973-549-7000
Nandu Machiraju                                             Facsimile:         973-360-9831
Christopher Megaw                                         paul.saint-antoine@faegredrinker.com
Susan Musser                                                   john.yi@faegredrinker.com
Harris Rothman

Anthony Saunders
Cathleen Williams

FEDERAL TRADE COMMISSION
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, D.C. 20580
(202) 326-3296
jlasken@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

Kenneth M. Vorrasi (admitted *pro hac vice*)
John L. Roach, IV (admitted *pro hac vice*)
Jonathan H. Todt  (admitted *pro hac vice*)
Alison M. Agnew (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street, NW, Suite 1100
Washington, D.C.  20005
Telephone:        202-842-8800
Facsimile:         202-842-8465
kenneth.vorrasi@faegredrinker.com
lee.roach@faegredrinker.com
jonathan.todt@faegredrinker.com
alison.agnew@faegredrinker.com

Daniel J. Delaney (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
191 N. Wacker Drive, Suite 3700
Chicago, IL 60606
Telephone:        312-569-1000
Facsimile:         312-569-3000
daniel.delaney@faegredrinker.com

*Counsel for Defendant Hackensack Meridian Health, Inc.*

*s/Jeffrey L. Kessler*
Jeffrey L. Kessler (admitted *pro hac vice*)
Jeffrey J. Amato (admitted *pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10163
Telephone: 212-294-4698
Facsimile:  212-294-4700
jkessler@winston.com
jamato@winston.com

Heather P. Lamberg (admitted *pro hac vice*)
WINSTON & STRAWN LLP
1901 L Street, NW
Washington DC 20036
Telephone: 202-282-5274
Facsimile: 202-282-5100
hlamberg@winston.com

David E. Dahlquist (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: 312-558-5660
Facsimile:  312-558-5700
ddahlquist@winston.com

James Bucci
Genova Burns LLC
2 Riverside Drive, Suite 502
Camden, NJ 08103
Tel: 856.968.0686

*Counsel for Defendant Englewood Health Foundation*