**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION** | |
| Plaintiff, | |
| v. | |
| **HACKENSACK MERIDIAN HEALTH, INC.,** | No. 2:20-cv-18140-JMV-JBC |
| and | |
| **ENGLEWOOD HEALTHCARE FOUNDATION**, | |
| Defendants. | |

**UNOPPOSED MOTION TO FILE THE MEMORANDUM IN SUPPORT OF THE
FEDERAL TRADE COMMISSION'S MOTION FOR A PRELIMINARY INJUNCTION
AND ACCOMPANYING EXHIBITS UNDER SEAL**

Plaintiff Federal Trade Commission moves for permission to file its Memorandum in Support of Plaintiff's Motion for a Preliminary Injunction and accompanying exhibits under seal pursuant to Paragraph 17 of the Protective Order.  ECF No. 63.  The memorandum and accompanying exhibits are attached to this motion.  Pursuant to the protective order as modified by Letter Order, ECF No. 87 ¶ 3, the Federal Trade Commission will file a redacted version on the docket within seven business days. The Federal Trade Commission's memorandum and accompanying exhibits reflect documents and testimony designated "Confidential Information" by the parties and third-parties.

Counsel for the Commission has conferred with counsel for Defendants Hackensack Meridian Health, Inc., and Englewood Healthcare Foundation (together, "Defendants"). Counsel for Defendants have indicated that they will not oppose this motion.

A proposed order is attached.

Dated: March 22, 2021                                Respectfully submitted,


                                                    s/ Jonathan Lasken
                                                    JONATHAN LASKEN
                                                    EMILY BOWNE
                                                    LINDSEY BOHL
                                                    ELIZABETH ARENS
                                                    NATHAN BRENNER
                                                    CHISTOPHER CAPUTO
                                                    NANDU MACHIRAJU
                                                    CHRISTOPHER MEGAW
                                                    SUSAN MUSSER
                                                    HARRIS ROTHMAN
                                                    ANTHONY SAUNDERS
                                                    CATHLEEN WILLIAMS

                                                    600 Pennsylvania Avenue, NW
                                                    Washington, D.C. 20580
                                                    (202) 326-2604
                                                    jlasken@ftc.gov

                                                    *Attorneys for Plaintiff*
                                                    *Federal Trade Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2021, a true and correct copy of Plaintiff's Motion to File Under Seal was sent by electronic mail to all counsel of record.

Respectfully submitted,

s/ Jonathan Lasken

JONATHAN LASKEN
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580