

mwe.com

Katharine O'Connor
Attorney at Law
koconnor@mwe.com
+1 312 984 3627

May 7, 2021

**VIA CM/ECF FILING**

Hon. John Michael Vasquez
United States District Judge
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:  **Federal Trade Commission v. Hackensack Meridian Health, Inc. et al., Case No. 2:20-cv-18140-JMV**

Dear Judge Vazquez:

McDermott Will & Emery LLP represents third party The Chartis Group ("Chartis"). Chartis Principal Sue Anderson will be testifying as a witness at the hearing.

I understand that you have directed third parties, such as Chartis, to write to advise you who will be attending the hearing on behalf of the third party. I will appear on behalf of Chartis at the hearing along with Noah Feldman Greene, also with McDermott Will & Emery. I request permission to attend the hearing on our behalf.

Please let me know if there is any other information I can provide.

Best regards,

Katharine O'Connor

Cc:   All counsel of record (via ECF)



444 West Lake Street   Chicago IL 60606-0029   Tel +1 312 372 2000   Fax +1 312 984 7700

*US practice conducted through McDermott Will & Emery LLP.*