**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

FEDERAL TRADE COMMISSION,

       *Plaintiff*,

    v.

HACKENSACK MERIDIAN HEALTH, INC.
and ENGLEWOOD HEALTHCARE
FOUNDATION,

       *Defendants*.

Civil Action No. 20-18140

**ORDER**

---

**John Michael Vazquez, U.S.D.J.**

For the reasons stated in the accompanying Opinion, and for good cause shown,

IT IS on this 4th day of August 2021,

**ORDERED** that Plaintiff's motion for a preliminary injunction, D.E. 133, is **GRANTED**;

and it is further

**ORDERED** that pursuant to Section 13(b) of the Federal Trade Commission Act, 15

U.S.C. § 53(b), and Section 16 of the Clayton Act, 15 U.S.C. § 26, Defendants are preliminarily

enjoined from consummating their proposed merger until the full administrative proceeding on the

merits; and it is further

**ORDERED** that Plaintiff's motion in limine to exclude certain expert testimony, D.E. 248,

is **DENIED**; and it is further

**ORDERED** that Defendants' motion in limine to exclude certain expert testimony, D.E.

264, is **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that the accompanying Opinion shall initially be filed under seal because

portions of the underlying motions and testimony are sealed.  By August 18, 2021, the parties shall

inform the Court in writing as to which portions of the Opinion should remain under seal and the

legal basis for doing so. The parties shall also provide the Court with a redacted version of the

Opinion to be filed on the docket in this matter. If the parties do not do so by August 18, 2021,

then the entire Opinion will be unsealed.


John Michael Vazquez, U.S.D.J.