May 25, 2022

The Honorable John Michael Vazquez
United States District Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   *Federal Trade Commission v. Hackensack Meridian Health, Inc. and Englewood Healthcare Foundation*, No. 2:20-cv-18140

Dear Judge Vazquez:

The parties jointly write in response to the Court's May 18, 2022 order. The status of this action, and the related administration action before the Federal Trade Commission, is as follows:

1. On March 31, 2022, the Defendants agreed to jointly abandon their proposed merger that was the subject of the preliminary injunction action before this Court. On April 5, 2022, the Defendants formally terminated their merger agreement and withdrew their respective Hart-Scott-Rodino Act notification forms, ending the HSR regulatory review of the proposed transaction.

2. On April 5, 2022, the Defendants filed a motion to dismiss the complaint in the administrative action in full with the Commission (which counsel for the Bureau of Competition concurrently filed together with the Complaint in this action), because HMH and Englewood terminated their merger agreement and abandoned the transaction.

3. Also on April 5, 2022, counsel for the Bureau of Competition filed a motion to withdraw the matter from adjudication so that the Commission could assess whether further relief sought in the administrative complaint is warranted considering the Defendants' decision to terminate their merger agreement and abandon the proposed transaction.

4. On May 24, 2022, the Commission withdrew the administrative action from adjudication for 60 days (until July 25, 2022); accordingly, the administrative action is not currently pending.

The parties can provide further updates on the status of the administrative action at the Court's convenience.

Dated:  May 25, 2022                                        Respectfully Submitted,

*s/Jonathan Lasken*                                          *s/Paul H. Saint-Antoine*
Jonathan Lasken                                              Paul H. Saint-Antoine (Bar No. 04144-1989)
Rohan Pai                                                    John S. Yi (Bar No. 11997-2014)

1

Cathleen Williams
Nathan Brenner
Samantha Gordon
Harris Rothman
Anthony Saunders

FEDERAL TRADE COMMISSION
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, D.C. 20580
(202) 326-3296
jlasken@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

FAEGRE DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ  07932
Telephone:	973-549-7000
Facsimile:	973-360-9831
paul.saint-antoine@faegredrinker.com
john.yi@faegredrinker.com

Kenneth M. Vorrasi (admitted *pro hac vice*)
John L. Roach, IV (admitted *pro hac vice*)
Jonathan H. Todt  (admitted *pro hac vice*)
Alison M. Agnew (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street, NW, Suite 1100
Washington, D.C.  20005
Telephone:	202-842-8800
Facsimile:	202-842-8465
kenneth.vorrasi@faegredrinker.com
lee.roach@faegredrinker.com
jonathan.todt@faegredrinker.com
alison.agnew@faegredrinker.com

Daniel J. Delaney (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
191 N. Wacker Drive, Suite 3700
Chicago, IL 60606
Telephone:	312-569-1000
Facsimile:	312-569-3000
daniel.delaney@faegredrinker.com

*Counsel for Defendant Hackensack Meridian Health, Inc.*


*s/Jeffrey L. Kessler*
Jeffrey L. Kessler (admitted *pro hac vice*)
Jeffrey J. Amato (admitted *pro hac vice*)
Kerry C. Donovan (Bar No. 90772012)
WINSTON & STRAWN LLP
200 Park Ave
New York, NY 10166
Telephone: 732-778-8578
KDonovan@winston.com

JKessler@winston.com
JAmato@winston.com

Heather P. Lamberg (admitted *pro hac vice*)
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20037
Telephone: 202-282-5274
HLamberg@winston.com

David E. Dahlquist (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: 312-558-5600
DDahlquist@winston.com

*s/James Bucci*
Angelo J. Genova
James Bucci
GENOVA BURNS LLC
494 Broad St.
Newark, NJ 07102
(973) 535-7100
AGenova@genovaburns.com
JBucci@genovaburns.com

*Counsel for Defendant Englewood Health Foundation*